THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION, <br><br>**This document relates to:** <br><br>**Dicey Ware, as Personal Representative of the Wrongful Death Beneficiaries of Phalandew F. Williams, Deceased v. Chattem, Inc., et al.** <br><br>**Case No. 03-2059** | MDL NO. 1407 <br><br> ORDER GRANTING DEFENDANT CHATTEM, INC.'S MOTION FOR SUMMARY JUDGMENT ON NON-STROKE INJURY |

THIS MATTER comes before the court on Defendant Chattem, Inc.'s October 5, 2006 Motion for Summary Judgment. The court having reviewed this motion, as well as the Declaration of Denise Arenth Miller, and exhibits thereto, and Plaintiff having filed no opposition to this motion, the court finds that Chattem Inc's Motion for Summary Judgment on Non-Stroke Injury should be granted on the ground that plaintiff failed to submit admissible evidence that the decedent, Phalandew F. Williams, ever experienced, was diagnosed with, or was treated for a stroke of any type. Therefore, no genuine issue of material fact remains for the trier of fact, and summary judgment of dismissal with prejudice is granted.

It is hereby ORDERED, ADJUDGED AND DECREED that Defendant Chattem, Inc.'s

1 | Motion for Summary Judgment is GRANTED and plaintiff's claims against Chattem, Inc. are
2 | hereby dismissed with prejudice.

     Dated this 29th day of November, 2006.

*Barbara J. Rothstein*
BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT COURT
JUDGE_____

ORDER GRANTING DEFENDANT CHATTEM, INC.'S MOTION
FOR SUMMARY JUDGMENT ON NON-STROKE INJURY - 2
(MDL 1407)